**Order entered April 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01187-CR
No. 05-12-01189-CR

**VANCE LEMORRIS THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-42399-Y, F10-42399-Y**

## ORDER

On April 2, 2013, this Court ordered court reporter Peri Wood to file, within fifteen days, a supplemental record containing State's Exhibit nos. 4, 8, and 10, DVDs. To date, the Court has not received the supplemental record.

Accordingly, we **ORDER** court reporter Peri Wood to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 4, 8, and 10, DVDs. If Ms. Wood does not file the supplemental record within the time specified, the Court will utilize the available remedies to obtain the record, including ordering that she not sit as a court reporter until she files the supplemental record in these appeals.

We **GRANT** the State's April 23, 2013 motion to extend time to file its brief. We **ORDER** the State to file its brief by **MAY 29, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Peri Wood, Acting Official Court Reporter, Criminal District Court No. 7, and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE